# EXHIBIT B

# EXHIBIT B
## Claim Chart Illustrating Infringement of Claim 1 of U.S. Patent 10,871,053 (the "'053 Patent") by the NCS AirLock® Casing Buoyancy System

| '053 Patent, Claim 1 | NCS AirLock® Casing Buoyancy System (the "AirLock System") |
|---|---|
| 1. A downhole tool, comprising: | The AirLock System includes a downhole tool, specifically a plugging device to be installed in a casing string, as shown below:<br><br>AirLock Casing Buoyancy System, NCS Multistage, https://www.ncsmultistage.com/well-construction/airlock-buoyancy-system/ (last visited Feb. 11, 2021)<br><br>NCS has alleged that the AirLock System embodies the alleged invention described in U.S. Patent 10,465,445 (the "'445 Patent"), such as that depicted in Figure 2 of the '445 Patent: |

US 7686885

1

| | |
|---|---|
| a first subassembly and a second subassembly engaged with each other, the first subassembly and second subassembly having inner walls that define a flowpath through the tool; | The AirLock System includes a first subassembly and a second subassembly engaged with each other, the first subassembly and second subassembly having inner walls that define a flowpath through the tool, as shown below:<br><br><br><br>AirLock Casing Buoyancy System, YouTube, at 1:32, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>These same features are also depicted in Fig. 2 of the '445 Patent, where the first subassembly comprises **upper tubular member 16**, and the second subassembly comprises **lower tubular member 18**:<br><br> |

| | |
|---|---|
| a sealing member located inside the second subassembly and sized to obstruct fluid communication through the flowpath, the sealing member comprising: | The AirLock System includes a sealing member located inside the second subassembly and sized to obstruct fluid communication through the flowpath. Specifically, the AirLock System includes a ceramic rupture disc that is placed in the first and second subassembly to obstruct fluid communication through the flowpath:<br><br><br><br>AirLock Casing Buoyancy System, YouTube, at 1:32, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>This same feature is present in Fig. 2 of the '445 Patent, identified as **rupture disc 30**:<br><br> |

| | |
|---|---|
| an annular base, the annular base having an outer wall with a diameter and an inner wall defining an inner bore that extends from a first end of the annular base to a second end; and | The AirLock System includes a sealing member having an annular base, the annular base having an outer wall with a diameter and an inner wall defining an inner bore that extends from a first end of the annular base to a second end:  AirLock Casing Buoyancy System, YouTube, at 2:03, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>This same feature is present in Fig. 2 of the '445 Patent, which illustrates a sealing member having an annular base:  |

| | |
|---|---|
| a curved surface configured to enclose the inner bore at the first end, | The AirLock System includes a sealing member having a curved surface configured to enclose the inner bore at the first end. Specifically, the sealing element of the AirLock System includes a domed surface that encloses the inner bore at the first end of the annular base:<br><br><br><br>AirLock Casing Buoyancy System, YouTube, at 2:03, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>This same feature is also present in Fig. 2 of the '445 Patent, which also shows a **rupture disc 30** having a curved, or domed, surface that encloses the inner bore:<br><br> |

| | |
|---|---|
| the curved surface composed a ceramic material | The AirLock System includes a sealing member where the curved surface is composed of a ceramic material. In particular, the AirLock System includes a rupture disc entirely made from ceramics.<br><br>In NCS's video describing the AirLock System, the sealing element is described as follows:<br><br>"A recess in the seal collar houses a calibrated shear ring that supports a **dome-shaped ceramic barrier** . . . ."<br><br><br><br>AirLock Casing Buoyancy System, YouTube, at 0:34-0:42, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>"At the design pressure, shear ring tabs break away to release the **ceramic dome** . . . ."<br><br><br><br>*Id.* at 2:01-2:07.<br><br>Similarly, the '445 Patent describes that **rupture disc 30** can be made of a ceramic:<br><br>> Rupture disc **30** may be made of frangible material. For example, the disc **30** may be made of materials such as carbides, ceramic, metals, plastics, glass, porcelain, alloys, composite materials, etc. These materials are frangible and<br><br>'445 Patent, at 10:64-67. |

| | |
|---|---|
| and having an outer face and an inner face, wherein the outer face has a convex configuration and the inner face has a concave configuration, the outer face having a perimeter at the first end of the annular base that corresponds to the outer wall of the annular base; and | The AirLock System includes a sealing member that has an outer face and an inner face, wherein the outer face has a convex configuration and the inner face has a concave configuration, the outer face having a perimeter at the first end of the annular base that corresponds to the outer wall of the annular base. In particular, the AirLock System includes a sealing member that has a hollow domed surface with the claimed features.<br><br><br><br>AirLock Casing Buoyancy System, NCS Multistage, https://www.ncsmultistage.com/well-construction/airlock-buoyancy-system/ (last visited Feb. 11, 2021)<br><br>This can also be seen clearly in Fig. 2 of the '445 Patent:<br><br> |

| | |
|---|---|
| a skirt member located inside the second subassembly and that extends from the first subassembly along the inner wall of the second subassembly in at least an area between the outer wall of the annular base and the inner wall of the second subassembly. | The AirLock System includes a skirt member located inside the second subassembly and that extends from the first subassembly along the inner wall of the second subassembly in at least an area between the outer wall of the annular base and the inner wall of the second subassembly. Specifically, the AirLock System includes a shear ring which satisfies the requirements of this limitation:<br><br><br><br>AirLock Casing Buoyancy System, YouTube, at 0:38, 0:46, *available at* https://www.youtube.com/watch?v=xthc-KqagAA<br><br>This same feature is apparent in Figure 2 of the '445 Patent, identified as **shear ring 44**:<br><br> |