# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NINE ENERGY SERVICE, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-00209-ADA |
| | § | |
| vs. | § | |
| | § | |
| NCS MULTISTAGE INC. and | § | |
| NCS MULTISTAGE, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF NINE ENERGY SERVICE, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Nine Energy Service, Inc. hereby dismisses without prejudice this action in its entirety.

US 7934169

Dated: April 16, 2021                                      Respectfully submitted,

                                                                  */s/ Hilary L. Preston*
                                                                  Hilary L. Preston
                                                                  Texas Bar No. 24062946
                                                                  hpreston@velaw.com
                                                                  Jeffrey T. Han
                                                                  Texas Bar No. 24069870
                                                                  jhan@velaw.com
                                                                  VINSON & ELKINS L.L.P.
                                                                  2801 Via Fortuna, Suite 100
                                                                  Austin, TX 78746
                                                                  Telephone: +1.512.542.8400
                                                                  Fax: +1.512.542.8612

                                                                  Parker D. Hancock
                                                                  phancock@velaw.com
                                                                  Texas Bar No. 24108256
                                                                  Sean P. Belding
                                                                  Texas Bar No. 24109634
                                                                  sbelding@velaw.com
                                                                  VINSON & ELKINS L.L.P.
                                                                  1001 Fannin Street, Suite 2500
                                                                  Houston, Texas 77002-6760
                                                                  Telephone: +1.713.758.2002
                                                                  Facsimile: +1.713.615.5758

                                                                  **ATTORNEYS FOR PLAINTIFF**
                                                                  **NINE ENERGY SERVICE, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on April 16, 2021, via the Court's CM/ECF system.

                                                                  */s/ Hilary L. Preston*
                                                                  Hilary L. Preston